# SI National, LLC

14000 Commerce Parkway
Suite G
Mount Laurel, NJ 08054

# Invoice

| Date | Invoice # |
|---|---|
| 6/4/2004 | 2955 |

| Bill To |
|---|
| SANFORD WALLACE<br>495 ROUTE 9<br>BARRINGTON, NH 03825 |

| Terms |
|---|
| Net 3 Business Days |

| Item | Description | | | Amount |
|---|---|---|---|---|
| Download Partnership | May 28 - 31, 2004 | Toolbar Cash: ID 146156 | | 20,891.42 |
| Download Partnership | June 1 - 3, 2004 | Toolbar Cash: ID 146156 | | 21,375.56 |
| Download Partnership | May 28 - June 3, 2004 | OMI | 84,367 Downloads * | 8,436.70 |
| Download Partnership | May 28 - June 3, 2004 | OverPro | | 5,820.08 |
| | | * Previously billed 224,080 Downloads @ $.10 | | |

*Refaxed 6/9/04*

**Total** $56,523.76

*Balance Due $3,935.06*

| Phone # | Fax # |
|---|---|
| 856-642-0130 | 856-642-9735 |

**SI-00387**

STA-INT-387



# SI National

14000 Commerce Parkway
Suite G
Mount Laurel, NJ 08054

www.SINational.com

| FAX | DATE: June 4, 2004 |
| --- | --- |
| | NUMBER OF PAGES: 2 (including coversheet) |
| TO: Sanford Wallace <br><br> Attn: <br><br> PHONE: <br><br> FAX: 603-994-0153 | FROM: Genevieve Pecillo <br><br> Gen@standardinternet.com <br><br> PHONE: 856- 642-0130 <br><br> FAX: 856-642-9736 |

Sorry Sanford, I had to revise your invoice for 5/28/04 – 6/3/04

Thank you,

Gen

STA-INT-388

SI-00388